54233. DUNN v. LOCKHEED-GEORGIA COMPANY.

DEEN, Presiding Judge.

Summary judgment was granted to the defendant on December 7, 1976. A motion for new trial was filed by the plaintiff on December 17, and denied on January 20,

1977. The notice of appeal was filed February 18, 1977.

Since the notice of appeal is not timely filed to the summary judgment, and a motion for new trial will not toll the time of appealing from this judgment *(Shine v. Sportservice Corp.,* 140 Ga. App. 355 (231 SE2d 130); *Buchanan v. James,* 134 Ga. 475 (1) (68 SE 72)), the appellee's motion to dismiss this appeal is granted.

*Appeal dismissed. Webb and Marshall, JJ., concur.*

SUBMITTED JULY 7, 1977 — DECIDED JULY 12, 1977 — REHEARING DENIED JULY 27, 1977.

*Charles E. Price,* for appellant.

*Awtrey, Parker, Risse, Mangerie & Brantley, Dana L. Jackel,* for appellee.